UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PERRY T. ASHELMAN,

    Plaintiff,

v.

MCDURMENT,

    Defendant.

CASE NO. 20-133-RSM

**ORDER DISMISSING WITHOUT PREJUDICE**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is DISMISSED without prejudice.

(3) The Clerk shall provide a copy of this Order to the parties.

Dated this 23 day of <u>March</u> 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING WITHOUT PREJUDICE - 1